IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JABRIL LAWSON | : | CIVIL ACTION |
| v. | : | |
| AVEN FINANCIAL, INC. | : | NO. 25-cv-00046-MSG |

## O R D E R

**AND NOW,** this 16th day of June, 2025, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

BY THE COURT:

_s/Mitchell S. Goldberg_
MITCHELL S. GOLDBERG
U.S. District Court Judge

Civ. 2 41.1(b) (6/23)